IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barragan, Maria R

Printed: 01/29/09

Case Number: 08 B 06756
Judge: Hollis, Pamela S
Filed: 3/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 15, 2008
Confirmed: July 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,060.00 |  |
| Secured: |  | 2,788.45 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,007.64 |
| Trustee Fee: |  | 263.91 |
| Other Funds: |  | 0.00 |
| Totals: | 4,060.00 | 4,060.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,700.00 | 1,007.64 |
| 2. | Citizens Bank | Secured | 12,945.26 | 2,788.45 |
| 3. | Bank United | Secured | 5,000.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 5,402.35 | 0.00 |
| 5. | Citizens Bank | Unsecured | 0.00 | 0.00 |
| 6. | New Falls Corporation | Unsecured | 12,865.70 | 0.00 |
| 7. | Capital One | Unsecured | 19,482.05 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 7,228.13 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,930.32 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 757.03 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 4,168.35 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 2,875.85 | 0.00 |
| 13. | Cook County Treasurer | Secured |  | No Claim Filed |
| 14. | American Collection Corp | Unsecured |  | No Claim Filed |
| 15. | Fifth Third Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 75,355.04 | $ 3,796.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 263.91 |
|  | $ 263.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Barragan, Maria R

Printed: 01/29/09

Case Number:  08 B 06756
Judge:  Hollis, Pamela S
Filed:  3/21/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

